1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  WENDY THOMAS (NYSBN 4315420)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6809
7  Fax: (415) 436-7234
   Email: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        )   No. CR 07 0210 PJH
                                      )
14 |       Plaintiff,                 )
                                      )   **PETITION FOR WRIT OF HABEAS**
15 |   v.                             )   **CORPUS AD PROSEQUENDUM**
                                      )
16 | JUAN FRANCISCO MENJIVAR GARCIA,  )
                                      )
17 |                                  )
           Defendant.                 )
18 |_____

19     To the Honorable ~~Edward M. Chen~~ Nandor Vadas, United States Magistrate Judge of the United States

20 District Court for the Northern District of California:

21     The United States of America respectfully petitions the Court to issue a Writ of Habeas

22 Corpus Ad Prosequendum for the prisoner Juan Francisco Menjivar Garcia. The prisoner is

23 required to appear in the above-referenced matter FORTHWITH for his initial appearance before

24 the Duty Magistrate in the above-referenced case. His place of custody and jailor are set forth in

25 the

26 //

27 //

28 //

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0210 PJH

1 | //
2 | following writ.
3 |
4 | DATED: April 10, 2007                         Respectfully submitted,
5 |                                                SCOTT N. SCHOOLS
  |                                                United States Attorney
6 |
7 |
  |                                                ___/s_____
8 |                                                WENDY THOMAS
  |                                                Special Assistant United States Attorney
9 |
10 | IT IS SO ORDERED.
11 |
12 | DATED: 4/20/07
13 |
  |                                                _____
  |                                                HON. EDWARD M. CHEN
14 |                                                United States Magistrate Judge
  |                                                Nandor J. Vadas
15 |                                                United States Magistrate Judge
16 |
...
28 |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0210 PJH
2

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the San Francisco County Jail, 1 Moreland Drive, San Bruno, California, 94066.

## GREETINGS

The prisoner, Juan Francisco Menjivar Garcia, Booking # 2303418, is in custody in the above-referenced institution. He is required to appear as soon as possible on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner before the Duty Magistrate of the Northern District of California FORTHWITH. You shall bring him before the Duty Magistrate, 15th Floor, as soon as possible. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable ~~Edward M. Chen~~ NANDOR J. VADAS, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:                                           CLERK
                                                 UNITED STATES DISTRICT COURT
                                                 NORTHERN DISTRICT OF CALIFORNIA

                                                 _____
                                                 DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0210 PJH

3